# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CARLOS RAY FRAZIER**
**ADC #650936**                                                                                    **PLAINTIFF**

v.                              No. 4:24-cv-876-DPM

MCCASTLE, Sheriff, Jefferson County
Sheriff's Office, Dub Brassell Detention
Center; REDIX, Deputy, Dub Brassell
Detention Center; RODNEY ALLEN,
Captain, Dub Brassell Detention Center;
KASHONDA THOMPKINS, Major, Dub
Brassell Detention Center; LAFEYETTE
WOODS, JR., Head Sheriff, JCSO, Dub
Brassell Detention Center; and HUDSON,
Chief, JCSO, Dub Brassell Detention
Center                                                                                              **DEFENDANTS**

### ORDER

1. The Court withdraws the reference.

2. Frazier hasn't filed an amended complaint; and the time to do so has passed. *Doc. 3*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). Motion for Leave to Proceed *in forma pauperis*, Doc. 1, denied. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

-2-

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

10 December 2024