IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CARLOS RAY FRAZIER
ADC #650936                                                                              PLAINTIFF

v.                              No. 4:24-cv-876-DPM

MCCASTLE, Sheriff, Jefferson County
Sheriff's Office, Dub Brassell Detention
Center; REDIX, Deputy, Dub Brassell
Detention Center; RODNEY ALLEN,
Captain, Dub Brassell Detention Center;
KASHONDA THOMPKINS, Major, Dub
Brassell Detention Center; LAFEYETTE
WOODS, JR., Head Sheriff, JCSO, Dub
Brassell Detention Center; and HUDSON,
Chief, JCSO, Dub Brassell Detention
Center                                                                                      DEFENDANTS

## JUDGMENT

Frazier's complaint is dismissed without prejudice.

*WPMarshall Jr.*
_____
D.P. Marshall Jr.
United States District Judge

10 December 2024